UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ETSY, INC.,                                                        :
                                                                   :
                                                                   :
                              Plaintiff,                           :
                                                                   :        25-CV-10589 (JMF)
              -v-                                                  :
                                                                   :              ORDER
                                                                   :
CASHMERE AND CAMEL HAIR MANUFACTURERS :
INSTITUTE,                                                         :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On January 9, 2026, the Court denied Plaintiff's motions to seal and/or redact its
amended complaint, as well as an attachment to that complaint, a lawyer declaration, and a reply
letter.  *See* ECF No. 26.  In that Order, the Court indicated that, "[a]bsent a motion for a stay
pending appeal, [it] will direct the Clerk of Court to unseal all filings in this case on January 13,
2026."  *Id.* at 2 (emphasis omitted).  That deadline has elapsed, and no motion has been filed.
Accordingly, the Clerk of Court is directed to unseal all filings in this case (ECF Nos. 10-11, 16).

        SO ORDERED.

Dated: January 14, 2026
       New York, New York                           _____
                                                          JESSE M. FURMAN
                                                          United States District Judge